IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON McMILIAN, on behalf of ) <br> SHACURTIS S. McMILLIAN ) <br> DAILEY, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> vs. ) <br>   ) <br> MICHAEL J. ASTRUE, Commission ) <br> of Social Security, ) <br>   ) <br> Defendant. ) | CIVIL ACTION NO. 12-0449-CG-M |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED with prejudice**.

**DONE and ORDERED** this 15th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE