IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON McMILIAN, on behalf of SHACURTIS S. McMILLIAN DAILEY, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 12-0449-CG-M |
| MICHAEL J. ASTRUE, Commission of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Michael J. Astrue and against Plaintiff Sharon McMillian, on behalf of Shacurtis S. McMillian Dailey.

**DONE and ORDERED** this 15th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE